**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| TANAKA CHARLES, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:21-CV-000175-RSB-CLR |
| | ) | |
| FEDEX GROUND PACKAGE | ) | |
| SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Tanaka Charles and Defendant FedEx Ground Package System, Inc. hereby notify the Court that they have reached a settlement of this matter. The parties are currently in the process of finalizing their written settlement agreement and expect to file a joint stipulation of dismissal with prejudice after execution of the agreement and payment of the settlement.

[*Remainder of page intentionally left blank; signatures to follow*.]

- 2 -

Respectfully submitted this 8th day of November, 2022.


s/Jesse L. Kelly                          s/Matthew R. Simpson
Jesse L. Kelly                            Matthew R. Simpson
Georgia Bar No. 935869                    Georgia Bar No. 540260
jesse@jkellypc.com                        msimpson@fisherphillips.com
JESSE KELLY PC                            JonVieve D. Hill
3355 Lenox Road, Suite 750                Georgia Bar No. 907946
Atlanta, GA 30326                         jhill@fisherphillips.com
Telephone: (678) 460-6801                 FISHER & PHILLIPS LLP
                                          1075 Peachtree Street NE, Suite 3500
COUNSEL FOR PLAINTIFF                      Atlanta, GA 30309
                                          Telephone: (404) 240-4221
                                          Facsimile:  (404) 240-4249

                                          COUNSEL FOR DEFENDANT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| TANAKA CHARLES, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:21-CV-000175-RSB-CLR |
| | ) | |
| FEDEX GROUND PACKAGE | ) | |
| SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November 2022, I electronically filed a true and correct copy of **NOTICE OF SETTLEMENT** with the Clerk of the Court using CM/ECF, which will send a copy to counsel of record as reflected below:

> Jesse L. Kelly
> JESSE KELLY PC
> 3355 Lenox Road, Suite 750
> Atlanta, GA 30326
> jesse@jkellypc.com

> *s/Matthew R. Simpson*
> Matthew R. Simpson
> Georgia Bar No. 540260
> FISHER & PHILLIPS LLP