UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TANAKA CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV421-175 |
| ) | |
| FEDEX CORPORATION, and ) | |
| FEDEX GROUND PACKAGE ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Court stayed all deadlines in this case pending the parties' mediation, and directed them to file a joint notice informing the Court of its outcome. Doc. 30 at 2. They filed a Notice of Settlement indicating that they have reached a settlement, and are finalizing the written agreement. Doc. 32 at 1. They "expect to file a joint stipulation of dismissal with prejudice after execution of the agreement and payment of the settlement." *Id.*

All deadlines in this case are **STAYED** pending the parties' joint stipulation of dismissal. No later than 30 days from the date of entry of this Order, the parties are **DIRECTED** to either file a joint stipulation

of dismissal, or a joint status report explaining why they are unable to file a joint stipulation of dismissal.  The joint status report must explain the anticipated timeline for filing the joint stipulation of dismissal. During the pendency of the stay, the parties are **DIRECTED** to either file a joint stipulation of dismissal or a joint status report every 30 days after that initial deadline.

    **SO ORDERED**, this 10th day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA